NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INSPIRED DEVELOPMENT GROUP, LLC, A FLORIDA LIMITED LIABILITY COMPANY,**
*Plaintiff/Counterclaim Defendant-Appellant*

**MITCHELL PRINE, INDIVIDUALLY,**
*Counterclaim Defendant*

**v.**

**INSPIRED PRODUCTS GROUP, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, DBA KIDSEMBRACE, LLC,**
*Defendant/Counterclaimant-Appellee*

---

2018-2118

---

Appeal from the United States District Court for the Southern District of Florida in No. 9:16-cv-80076-RLR, Judge Robin L. Rosenberg.

---

Decided: September 18, 2019

---

JOSEPH T. EAGLETON, Brannock & Humphries, Tampa, FL, argued for plaintiff/counterclaim defendant-appellant. Also represented by STEVEN L. BRANNOCK.

THOMAS A. DYE, Cozen O'Connor, West Palm Beach, FL, argued for defendant/counterclaimant-appellee. Also represented by JAMES A. GALE, ARTHUR ROBERT WEAVER, Miami, FL.

_____

Before PROST, *Chief Judge*, NEWMAN and STOLL, *Circuit Judges.*

PROST, *Chief Judge*.

Based on our holding in *Inspired Development Group, LLC v. Inspired Products Group, LLC*, 2018-1616 (Fed. Cir. Sept. 18, 2019), that the district court lacked subject matter jurisdiction over the case underlying that appeal and this appeal, we vacate the district court's judgment awarding attorneys' fees.

**VACATED**

COSTS

The parties shall bear their own costs.